UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKOLAS ABBOTT,

    Plaintiff,

v.

BERRIEN COUNTY, et al.,

    Defendants.

_____/

Case No. 1:19-cv-969

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion to dismiss (ECF No. 30). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 3, 2020, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 53) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to dismiss (ECF No. 30) is GRANTED IN PART AND DENIED IN PART; specifically, Plaintiff's claims against Defendant Bailey in his official capacity are dismissed, and Defendants' motion is otherwise denied.

This Order does not terminate any parties.

Dated: August 18, 2020

                    /s/ Janet T. Neff
                  JANET T. NEFF
                  United States District Judge